UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No. 2:14-cv-1292 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY DISTRICT ATTORNEY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action seeking relief under 42 U.S.C. § 1983. On October 6, 2014, the court recommended dismissal of plaintiff's complaint without leave to amend, granting plaintiff twenty-one days to file objections. ECF No. 10. Plaintiff has not filed objections, instead seeking a six-month stay/continuance to "present a meaningful case." ECF No. 11.[1] In recommending the summary dismissal of this action, the undersigned made clear that no manner in which the defects of the complaint could be cured by amendment could be discerned. In the pending request, plaintiff neither disputes this determination nor addresses it in any way. Rather, plaintiff complains that while he was housed in jail in Sacramento County he was denied access to the law library. He states that now that he is

---

[1] Plaintiff submitted the identical request in another case he filed for which summary dismissal has also been recommended. See Case No. 14-cv-1289 TLN AC P.

1

1  in special needs custody in reception in state prison, he has only been allowed two visits to the
2  library.
3      Based on a complaint that has been dismissed for plaintiff's wholesale failure to state a
4  claim, plaintiff provides no colorable basis for a stay in, or continuance of, this action.
5  Nevertheless, the court will construe plaintiff's request as one for an extension of time to file
6  objections to the recommendation that the action be dismissed without leave to amend for failure
7  to state a claim and will permit such an extension.
8      Accordingly, IT IS ORDERED that:
9      1.  Plaintiff's request for a stay or continuance, ECF No. 11, construed as a request for an
10 extension of time, is granted;
11     2.  Plaintiff is granted sixty days to file objections to the findings and recommendations,
12 ECF No. 10, filed on October 6, 2014; and
13     3.  There will be no further extension of time.
14 DATED:  November 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE